Filed by ___ TB ___ D.C.

Feb 13, 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **18-20092-CR-ALTONAGA/GOODMAN**

21 U.S.C. § 963
21 U.S.C. § 853

**UNITED STATES OF AMERICA**

vs.

**DANILO ILDEFONSO LOPEZ-CASTILLO,**
   a/k/a "Fast,"

                  **Defendant.**
_____/

## INFORMATION

The United States Attorney charges that:

Beginning at least as early as in and around January 2012, the exact date being unknown to the United States Attorney, and continuing through January 2017, in the countries of Colombia, Costa Rica, Guatemala, Honduras, Mexico, Panama, and elsewhere, the defendant,

**DANILO ILDEFONSO LOPEZ-CASTILLO,**
a/k/a "Fast,"

did knowingly and willfully combine, conspire, confederate and agree with other persons known and unknown to the Grand Jury, to distribute a controlled substance in Schedule II, intending, knowing, and having reasonable cause to believe that such controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a); all in violation of Title 21, United States Code, Section 963.

The controlled substance involved in the conspiracy attributable to the defendant as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is five

(5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 963 and 960(b)(1)(B).

## FORFEITURE ALLEGATIONS

1. The allegations contained in this Information are re-alleged and incorporated by reference as though fully set forth herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **DANILO ILDEFONSO LOPEZ-CASTILLO,** has an interest.

2. Upon conviction of the violation alleged in this Information, the defendant shall forfeit to the United States any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation and any property which the defendant used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

All pursuant to Title 21, United States Code, Sections 853 and 970.

_____
BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

_____
WALTER M. NORKIN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

DANILO ILDEFONSO LOPEZ-CASTILLO,
   a/k/a "Fast,"

   **Defendant.**
                                        /

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

_X_  Miami      ___ Key West
___ FTL        ___ WPB       ___ FTP

New Defendant(s)            Yes ___   No ___
Number of New Defendants   ___
Total number of counts     ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    Yes
   List language and/or dialect   Spanish

4. This case will take    0    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                           (Check only one)

   I    0 to 5 days      _X_              Petty      ___
   II   6 to 10 days     ___              Minor      ___
   III  11 to 20 days    ___              Misdem.    ___
   IV   21 to 60 days    ___              Felony     _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court?  (Yes or No)   No
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?     ___ Yes   _x_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    ___ Yes   _x_ No

                                        _____
                                        WALTER M. NORKIN
                                        ASSISTANT UNITED STATES ATTORNEY
                                        Court ID No. A5502189

*Penalty Sheet(s) attached                                 REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** DANILO ILDEFONSO LOPEZ-CASTILLO

**Case No:** _____

Count #: 1

Conspiracy to Distribute a controlled substance knowing that it would be imported into the United States

Title 21, United States Code, Section 963

**\*Max. Penalty:** Life Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: DANILO ILDEFONSO LOPEZ-CASTILLO

PRETRIAL DETENTION
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:  WALTER M. NORKIN

Last Known Address: GUATEMALA

What Facility: _____

Agent(s): PAUL COHEN, DEA
(FBI)  (SECRET SERVICE)  (DEA)  (IRS)  (ICE)  (**OTHER**)

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| DANILO ILDEFONSO LOPEZ-CASTILLO, | ) | |
| | ) | |
| _Defendant_ | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
_Defendant's signature_

_____
_Signature of defendant's attorney_

_____
_Printed name of defendant's attorney_

_____
_Judge's signature_

_____
_Judge's printed name and title_