## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 18-CR-20092-Altonaga

UNITED STATES OF AMERICA

v.

DANILO ALFONSO LOPEZ-CASTILLO,

Defendant.

_____/

### STIPULATED FACTUAL PROFFER IN SUPPORT OF PLEA

If this matter were to proceed to trial, the Government would prove the following facts beyond a reasonable doubt. The Parties agree that these facts, which do not include all facts known to the Government and the Defendant, **DANILO ALFONSO LOPEZ-CASTILLO**, are sufficient to prove the guilt of the Defendant of the above-referenced Indictment:

Co-conspirator testimony and corroborating evidence would show that, in 2014, a group of individuals conspired together with the Defendant to send cocaine from Colombia to Central America, with the knowledge and understanding that at least a portion of this cocaine – specifically at least five kilograms – would be imported into the United States. The Defendant and his co-conspirators met in Guatemala in 2014 and discussed retrieving cocaine in Colombia, transporting the load by boat to Costa Rica and thereafter transporting it over land to Guatemala. The

1

Defendant and his co-conspirators knew that this shipment would contain at least 50 kilograms of cocaine.

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

Date: 3-28-2018          By: _____
                              *for* WALTER M. NORKIN
                              ASSISTANT UNITED STATES ATTORNEY

Date: 3/28/2018          By: _____
                              TODD YODER, ESQ..
                              ATTORNEY FOR DEFENDANT

Date: 3/28/2018          By: _____
                              DANILO ALFONSO LOPEZ-CASTILLO
                              DEFENDANT

2